COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  Great Value Storage, LLC and World Class Capital Group. LLC, and Natin Paul v. Princeton Capital Corporation

Appellate case number:  01-21-00284-CV

Trial court case number:  2019-18855

Trial court:  165th District Court of Harris County

Appellants have filed a motion to set a briefing schedule for briefs in the appeal from the order appointing a receiver. Appellee opposes this motion.

The Court **grants** the motion and **orders** briefing concerning the receivership order as follows:

**Appellants' brief shall be filed within 20 days of the date of this order.**

**Appellee's brief shall be filed within 20 days of the date of filing of appellants' brief.**

**Appellants' reply brief, if any, shall be filed within 14 days of the date of filing of appellee's brief.**

It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly___
☑ Acting individually    ☐ Acting for the Court


Date: __March 10, 2022_____